IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
NORTH CAROLINA
ASHEVILLE DIVISION

Ca.No: 1:20-CV-394-MOC-WCM

LOUIS D. GIBSON,
Plaintiff, pro se,

v.

GILES CHEMICAL CORPORATION,
PREMIER MAGNESIA,
Defendant.

**FILED**
ASHEVILLE, N.C.

MAY 03 2021

**U.S. DISTRICT COURT
W. DIST. OF N.C.**

## NOTICE OF APPEAL

NOW COMES: Louis D. Gibson, referred to hereinafter as "The Appellant", by & through pro se, and respectfully appeals this court's decision & order dated / filed April 20, 2021 & received by The Appellant on Friday, April 23, 2021.
The Appellant respectfully asks this court forward to the United States Court of Appeals For The Fourth Circuit the documents & information it has that was taken into consideration to allow The Appellant to proceed in this court in forma pauperis & as noted in it's April 20, 2021 decision & order. See, e.g., opinion & order @ pg. 6.
Respectfully submitted on this 27th day of April, 2021 by:

/S/ *Louis D. Gibson*
Louis D. Gibson
Appellant in pro se

## CERTIFICATE OF SERVICE

I certify that on this 27th day of April, 2021 I mailed a copy of the foregoing Notice Of Appeal by way of the United States Postal Service to Premier Magnesia, 75 Giles Place, Waynesville, NC 28786.
Certified by:

/S/ *Louis D. Gibson*
Louis D. Gibson
Appellant in pro se